1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CASSIUS WEBB
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. CR.S.09-238-KJM
                                  )
13              Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                  ) COURT TRIAL
14      v.                        )
                                  ) Date: Sept. 28, 2009
15 CASSIUS WEBB,                  ) Time: 10:00 a.m.
                                  ) Judge: Hon. Kimberly J. Mueller
16              Defendant.        )
   _____)
17

18

19     It is hereby stipulated between the parties, Matthew Stegman,

20 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

21 Cusick, Assistant Federal Defender, attorney for defendant, CASSIUS

22 WEBB, that the court trial set for September 28, 2009 be reset to a

23 court trial on November 2, 2009 at 10:00 a.m.

24 //

25 //

26 //

27 //

28 //

1   This continuance is requested as negotiations are continuing
2   between the parties and additional time is needed for investigation.
3
4   Dated:   September 24, 2009            Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          CASSIUS WEBB
10
    Dated:   _____, 2009              LAWRENCE G. BROWN
11                                         United States Attorney
12
                                           /s/ Matthew Stegman
13                                         MATTHEW STEGMAN
                                           Assistant U.S. Attorney
14
15
                                **O R D E R**
16
17       IT IS SO ORDERED.
18
19  Dated:   September 25, 2009.
20
21
22                                         _____
                                           U.S. MAGISTRATE JUDGE
23
24
25
26
27
28

Stip and Order                      2