1 | LAWRENCE G. BROWN
United States Attorney
2 | MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 | CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
4 | 501 I Street, Suite 10-100
Sacramento, California  95814
5 | Telephone: (916) 554-2805

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )      Cr. No. S-09-238 KJM
                                   )
12 |           Plaintiff,           )      Amended Stipulation to Continue
                                   )      Change of Plea Hearing and
13 |      v.                        )      Order
                                   )
14 | CASSIUS WEBB,                  )      Date:  November 5, 2009
                                   )      Time:  10:00 a.m.
15 |           Defendant.           )      Judge: Hon. Kimberly J. Muller
                                   )
16 |_____)

17        It is hereby stipulated and agreed between the United States

18 | of America, by and through its attorney MATTHEW C. STEGMAN,

19 | together with defendant CASSIUS WEBB, by and through his counsel

20 | LAUREN DAY CUSICK, to vacate the change of plea hearing on

21 | November 5, 2009 at 10:00 a.m. to November 12, 2009, at 10:00 a.m.

22        The Government requests this continuance.  The matter is

23 | assigned to Christina M. Eastman, Certified Law Clerk, and due to

24 | her heavy workload, including a lengthy opposition brief in a case

25 | pending before Magistrate Judge Kellison, she has been unable to

26 | file a sentencing memorandum.  The continuance will allow her to

27 | file same.

28 | ///

                                   1

1        All of the above was related to me by Christina M. Eastman.

2   DATED: November 4, 2009              LAWRENCE G. BROWN
                                         United States Attorney
3

4                                   By:  /s/Samantha S. Spangler for
                                         MATTHEW C. STEGMAN
5                                        Assistant U.S. Attorney

6                                        DANIEL BRODERICK
                                         Federal Defendant
7

8   DATED: November 4, 2009         By:  /s/Lauren Day Cusick
                                         LAUREN DAY CUSICK
9                                        Assistant Federal Defender,
                                         Counsel for the Defendant
10

11

12                              O R D E R

13  IT IS SO ORDERED:

14  DATED: November 4, 2009.

15                                       _____
                                         U.S. MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2