IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-S-09-238  KJM |
| vs. | |
| CASSIUS WEBB, | |
| Defendant. | <u>ORDER</u> |
| _____/ | |

On November 12, 2009, defendant pleaded guilty to a violation of California Vehicle Code § 14601.1 (a) and 18 U.S.C. § 13 as charged in Count One of the Information; the court granted the government's motion to dismiss Count Two.

The court imposed and hereby confirms sentencing as follows:

1. Defendant is placed on Court probation for a period of two years from today, subject to the following conditions:

    A. By the close of business on Friday, November 13, 2009, defendant must provide proof of insurance to the court and counsel for the government;

    B. Defendant must provide information to counsel for the government to allow the government to monitor the status of his vehicle insurance; and

1

1     C. Defendant must report to the court immediately if his vehicle insurance is cancelled for any reason.

2. Defendant shall pay a fine in the amount of $550.

3. Defendant shall pay a special assessment of $10.

IT IS SO ORDERED.

DATED: November 16, 2009.   (nunc pro tunc November 12, 2009)

_____
U.S. MAGISTRATE JUDGE

2/webbj&s